UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TDY HOLDINGS, LLC and TDY INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil No. 07cv0787 JAH(POR)<br><br>**ORDER DENYING PLAINTIFFS' AND COUNTER-DEFENDANTS' EX PARTE REQUEST FOR LEAVE TO FILE NOTICE OF ADDITIONAL AUTHORITY [DOC. # 149]** |

Plaintiffs and counter-defendants TDY Holdings LLC and TDY Industries, Inc. ("TDY") have filed an *ex parte* request seeking leave to file a notice of additional authority. *See* Doc. # 149. Specifically, TDY seeks to submit additional briefing concerning a newly filed case entitled United States v. Saporito, ___ F.Supp.2d ___, No. 07C 3169, 2010 WL 489703 (N.D. Ill. Feb. 9, 2010). Doc. # 149 at 1. TDY wishes to submit such briefing in an effort to supplement the prior briefing submitted in support of TDY's motion for summary judgment currently under submission with this Court. Id. at 1-2.

The government opposes TDY's request. *See* Doc. # 150. According to the government, the newly filed case referenced by TDY is distinguishable from this case such that the additional authority would provide nothing further in support of TDY's motion. Id. at 2-3. In any event, the government posits that "adequate 'notice'" of the existence of Saporito has already been given through the filing of the instant request, thus rendering TDY's request unnecessary. Id.

1  This Court agrees with the government. Since the Court is now aware of the existence of this case, it can determine for itself the relevance and applicability of the case to the issues and arguments presented in TDY's motion for summary judgment, without adding further briefing to the massive amount of information presently before this Court. Accordingly, TDY's *ex parte* request for leave to file notice of additional authority is **DENIED.**

DATED:     March 19, 2010

JOHN A. HOUSTON
United States District Judge