# EXHIBIT 7

EXHIBIT 7 TO GOVERNMENT MEMORANDUM IN OPPOSITION TO TDY'S MOTION
IN LIMINE NO. 5 TO STRIKE EXPERT TESTIMONY BY TOMMY B. JORDAN

| | Date Produced | Jordan 2011 Testimonial Deposition Exhibit Number | TDY Claim of Related Testimony for Exclusion | Government Objection to Proposed Exclusion as Excessive and Overbroad |
|---|---|---|---|---|
| 1 | 8/27/2008 | Ex. 5 | 69:9-76:5; 82:10-86:15; 274:9-278:2 | 70:18-73:12; 75:5-76:5; 82:10-86:3; 275:14-276:21 |
| 2 | 8/27/2008 | Ex. 6 | 69:9-76:5; 82:10-86:15; 274:9-278:2 | 70:18-73:12; 75:5-76:5; 82:10-86:3; 275:14-276:21 |
| 3 | 5/19/2008 | Ex. 9 | 69:9-76:5; 82:10-86:15; 274:9-278:2 | 70:18-73:12; 75:5-76:5; 82:10-86:3; 275:14-276:21 |
| 4 | 11/4/2008 | Ex.10 | 69:9-76:5; 82:10-86:15; 274:9-278:2 | 70:18-73:12; 75:5-76:5; 82:10-86:3; 275:14-276:21 |
| 5 | 5/19/2008 | Ex.11 | 69:9-76:5; 82:10-86:15; 274:9-278:2 | 70:18-73:12; 75:5-76:5; 82:10-86:3; 275:14-276:21 |
| 6 | 8/27/2008 | Ex. 12 | reference to exhibit only (at 77) | No testimony sought to be excluded |
| 7 | 2008 | Ex. 13 | reference to exhibit only (at 77) | No testimony sought to be excluded |
| 8 | 5/19/2008 | Ex. 19 | 533:18-534:14; 78:3-82:1; 86:17-87:1; 685:8-690:5; 699:1-7 | 78:3-80:9; 689:11-690:5 |
| 9 | 5/19/2008 | Ex. 20 | 542:8-545:6; 78:3-82:1; 86:17-87:1; 685:8-690:5; 699:1-7 | 78:3-80:9; 689:11-690:5 |
| 10 | 5/19/2008 | Ex. 21 | 639:18-642:5; 78:3-82:1; 86:17-87:1; 685:8-690:5; 699:1-7 | 78:3-80:9; 689:11-690:5 |
| 11 | 3/3/2009 | Ex. 47 | reference to exhibit only (at 111) | No testimony sought to be excluded |
| 12 | 11/13/2008 | Ex. 52 | reference to exhibit only (at 118) | No testimony sought to be excluded |
| 13 | 11/13/2008 | Ex. 56 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 14 | 3/3/2009 | Ex. 57 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 15 | 4/14/2009 | Ex. 59 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 16 | 3/17/2009 | Ex. 62 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 17 | 7/25/2008 | Ex. 63 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 18 | 11/13/2008 | Ex. 64 | 122:2-133:5 | 125:9 - 128:16; 130:7- 133:5 |
| 19 | 1/30/2009 | Ex. 66 | reference to exhibit only (at 137) | No testimony sought to be excluded |
| 20 | 1/30/2009 | Ex. 67 | reference to exhibit only (at 137) | No testimony sought to be excluded |
| 21 | 7/28/2009 | Ex. 71 | 150:18-155:6; 511:9-515:8; 690:17-692:20 | 154:8-155:6 |
| 22 | 8/2/2011 | Ex. 72 | 150:18-155:6 | 154:8-155:6 |
| 23 | 7/28/2009 | Ex. 73 | 150:18-155:6; 511:9-515:8; 690:17-692:20 | 154:8-155:6 |
| 24 | 8/2/2011 | Ex. 74 | 155:13-157:6 | |
| 25 | 8/2/2011 | Ex. 75 | 155:13-157:6 | |
| 26 | 8/2/2011 | Ex. 76 | 155:13-157:6 | |
| 27 | 8/2/2011 | Ex. 77 | 155:13-157:6 | |
| 28 | 8/2/2011 | Ex. 78 | 155:13-157:6 | |
| 29 | 8/2/2011 | Ex. 79 | 155:13-157:6 | |
| 30 | 8/2/2011 | Ex. 80 | 155:13-157:6; 600:16-602:12 | |
| 31 | 8/2/2011 | Ex. 81 | 155:13-157:6 | |
| 32 | 8/2/2011 | Ex. 82 | 155:13-157:6 | |
| 33 | 8/2/2011 | Ex. 83 | 155:13-157:6 | |
| 34 | 11/18/2008 | Ex. 84 | 183:13-187:18 | 184:14-185:8 |
| 35 | 11/18/2008 | Ex. 85 | 183:13-187:18 | 184:14-185:8 |
| 36 | 11/13/2008 | Ex. 86 | 183:13-187:18 | 184:14-185:8 |

EXHIBIT 7 TO GOVERNMENT MEMORANDUM IN OPPOSITION TO TDY'S MOTION
IN LIMINE NO. 5 TO STRIKE EXPERT TESTIMONY BY TOMMY B. JORDAN

| | Date Produced | Jordan 2011 Testimonial Deposition Exhibit Number | TDY Claim of Related Testimony for Exclusion | Government Objection to Proposed Exclusion as Excessive and Overbroad |
|---|---|---|---|---|
| 37 | 8/27/2008 | Ex. 87 | 183:13-187:18 | 184:14-185:8 |
| 38 | 11/13/2008 | Ex. 88 | 183:13-187:18 | 184:14-185:8 |
| 39 | no date | Ex. 89 | 191:5-195:5 | 193:3-193:16 |
| 40 | 7/28/2009 | Ex. 90 | 191:5-195:5 | 193:3-193:16 |
| 41 | 8/27/2008 | Ex. 91 | reference to exhibit only (at 195) | No testimony sought to be excluded |
| 42 | 7/25/2008 | Ex. 95 | reference to exhibit only (at 195) | No testimony sought to be excluded |
| 43 | 7/25/2008 | Ex. 96 | 212:18-214:18 | 212:18-213:16; 214:1-18 |
| 44 | 12/22/2008 | Ex. 97 | 212:18-214:18 | 212:18-213:16; 214:1-18 |
| 45 | 8/27/2008 | Ex. 100 | reference to exhibit only (at 216) | No testimony sought to be excluded |
| 46 | 2008 | Ex. 102 | 218:17-220:18 | |
| 47 | 9/15/2009 | Ex. 109 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 48 | 9/15/2009 | Ex. 110 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 49 | 9/15/2009 | Ex. 111 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 50 | 9/15/2009 | Ex. 112 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 51 | 9/15/2009 | Ex. 113 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 52 | 9/15/2009 | Ex. 114 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 53 | 9/15/2009 | Ex. 115 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 54 | 9/15/2009 | Ex. 116 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 55 | 9/15/2009 | Ex. 117 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 56 | 9/15/2009 | Ex. 118 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 57 | 9/15/2009 | Ex. 119 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 58 | 9/15/2009 | Ex. 120 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 59 | 9/15/2009 | Ex. 121 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 60 | 9/15/2009 | Ex. 122 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 61 | 9/15/2009 | Ex. 123 | 228:9-233:2; 430:22-431:7 | 228:9-230:16; 232:12-233:2; 430:22-431:7 |
| 62 | 10/23/2008 | Ex. 124 | 238:4-240:5 | |
| 63 | 8/27/2008 | Ex. 125 | 249:19-251:15; 379:11-383:8; 404:16-405:15 | 381:8-382:17 |
| 64 | 2008 | Ex. 130 | reference to exhibit only (at 256) | No testimony sought to be excluded |
| 65 | 5/19/2008 | Ex. 142 | 258:6-261:5 | 258:6-258:10 |
| 66 | 8/27/2008 | Ex. 143 | 258:6-261:5 | 258:6-258:10 |
| 67 | 7/23/2009 | Ex. 144 | 258:6-261:5 | 258:6-258:10 |
| 68 | 7/23/2009 | Ex. 145 | 258:6-261:5 | 258:6-258:10 |
| 69 | 11/13/2008 | Ex. 149 | 265:2-15 | |
| 70 | 8/27/2008 | Ex. 150 | 267:18-270:8; 236:6-237:7 | 267:18-22; 236:6-237:7 |
| 71 | 2008 | Ex. 151 | 267:18-270:8; 236:6-237:7 | 267:18-22; 236:6-237:7 |
| 72 | 7/28/2009 | Ex. 153 | 267:18-270:8; 236:6-237:7 | 267:18-22; 236:6-237:7 |
| 73 | 8/26/2011 | Ex. 155 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 74 | 8/26/2011 | Ex. 156 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |

EXHIBIT 7 TO GOVERNMENT MEMORANDUM IN OPPOSITION TO TDY'S MOTION
IN LIMINE NO. 5 TO STRIKE EXPERT TESTIMONY BY TOMMY B. JORDAN

| | Date Produced | Jordan 2011 Testimonial Deposition Exhibit Number | TDY Claim of Related Testimony for Exclusion | Government Objection to Proposed Exclusion as Excessive and Overbroad |
|---|---|---|---|---|
| 75 | 8/26/2011 | Ex. 157 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 76 | 8/26/2011 | Ex. 158 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 77 | 8/26/2011 | Ex. 159 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 78 | 8/26/2011 | Ex. 160 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 79 | 8/26/2011 | Ex. 161 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 80 | 8/26/2011 | Ex. 162 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 81 | 8/26/2011 | Ex. 163 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 82 | 8/26/2011 | Ex. 164 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 83 | 8/26/2011 | Ex. 165 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 84 | 8/26/2011 | Ex. 166 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 85 | 8/26/2011 | Ex. 167 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 86 | 8/26/2011 | Ex. 168 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 87 | 8/26/2011 | Ex. 169 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 88 | 10/28/2011 | Ex. 170 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 89 | 8/26/2011 | Ex. 171 | 283:1-297:10; 298:3-302:2; 432:3-12 | 285:12-286:8; 287:1-288:22; 289:15-295:2; 432:3-12 |
| 90 | 11/13/2008 | Ex. 172 | 302:4-306:19 | |
| 91 | 11/13/2008 | Ex. 173 | 302:4-306:19 | |
| 92 | 11/13/2008 | Ex. 174 | 302:4-306:19 | |
| 93 | 2008 | Ex. 177 | 302:4-306:19 | |
| 94 | 2008 | Ex. 180 | 302:4-306:19 | |
| 95 | 2008 | Ex. 181 | 302:4-306:19 | |
| 96 | 2008 | Ex. 182 | 302:4-306:19 | |
| 97 | 12/22/2008 | Ex. 185 | 302:4-306:19 | |
| 98 | 12/22/2008 | Ex. 187 | 302:4-306:19 | |
| 99 | 12/22/2008 | Ex. 188 | 302:4-306:19 | |
| 100 | 12/22/2008 | Ex. 189 | 302:4-306:19 | |
| 101 | 12/22/2008 | Ex. 190 | 302:4-306:19 | |
| 102 | 12/22/2008 | Ex. 191 | 302:4-306:19 | |
| 103 | 12/22/2008 | Ex. 192 | 302:4-306:19 | |
| 104 | 3/3/2009 | Ex. 194 | 312:13-318:22 | 317:21-318:22 |
| 105 | 3/3/2009 | Ex. 195 | 312:13-318:22 | 317:21-318:22 |
| 106 | 8/26/2011 | Ex. 196 | 312:13-318:22 | 317:21-318:22 |
| 107 | 8/26/2011 | Ex. 197 | 312:13-318:22 | 317:21-318:22 |
| 108 | 8/26/2011 | Ex. 198 | 312:13-318:22 | 317:21-318:22 |
| 109 | 11/13/2008 | Ex. 199 | 335:18-337:10 | |
| 110 | 2008 | Ex. 203 | 345:19-347:17 | |
| 111 | 12/22/2008 | Ex. 204 | reference to exhibit only (at 352) | No testimony sought to be excluded |
| 112 | 11/18/2008 | Ex. 205 | reference to exhibit only (at 352) | No testimony sought to be excluded |

EXHIBIT 7 TO GOVERNMENT MEMORANDUM IN OPPOSITION TO TDY'S MOTION IN LIMINE NO. 5 TO STRIKE EXPERT TESTIMONY BY TOMMY B. JORDAN

| | Date Produced | Jordan 2011 Testimonial Deposition Exhibit Number | TDY Claim of Related Testimony for Exclusion | Government Objection to Proposed Exclusion as Excessive and Overbroad |
|---|---|---|---|---|
| 113 | 11/18/2008 | Ex. 213 | reference to exhibit only (at 359) | No testimony sought to be excluded |
| 114 | 3/3/2009 | Ex. 219 | 370:5-372:17 | |
| 115 | 3/3/2009 | Ex. 220 | 370:5-372:17 | |
| 116 | 3/3/2009 | Ex. 221 | 370:5-372:17 | |
| 117 | 3/3/2009 | Ex. 222 | 370:5-372:17 | |
| 118 | 9/15/2009 | Ex. 223 | 374:16-376:15 | |
| 119 | 9/8/2008 | Ex. 224 | 383:18-384:13 | |
| 120 | 5/19/2008 | Ex. 227 | 394:5-8; 396:3-397:12 | |
| 121 | 2008 | Ex. 229 | 394:5-8; 396:3-397:12 | |
| 122 | 7/23/2009 | Ex. 230 | 394:5-8; 396:3-397:12 | |
| 123 | 5/19/2008 | Ex. 233 | 401:9-403:6 | |
| 124 | 5/19/2008 | Ex. 238 | 417:22-420:13 | |
| 125 | 8/27/2008 | Ex. 239 | 420:22-424:5 | 420:22-422:5 |
| 126 | 8/27/2008 | Ex. 241 | 420:22-424:5 | 420:22-422:5 |
| 127 | 2008 | Ex. 242 | 420:22-424:5 | 420:22-422:5 |
| 128 | 3/3/2009 | Ex. 244 | 420:22-424:5 | 420:22-422:5 |
| 129 | 11/13/2008 | Ex. 245 | 420:22-424:5 | 420:22-422:5 |
| 130 | 5/19/2008 | Ex. 246 | 420:22-424:5 | 420:22-422:5 |
| 131 | 2008 | Ex. 247 | 420:22-424:5 | 420:22-422:5 |
| 132 | 2008 | Ex. 248 | 424:7-430:15 | 424:7-425:16; 427:19-4:30:15 |
| 133 | 2008 | Ex. 249 | 424:7-430:15 | 424:7-425:16; 427:19-4:30:15 |
| 134 | 2008 | Ex. 250 | 424:7-430:15 | 424:7-425:16; 427:19-4:30:15 |
| 135 | 2008 | Ex. 251 | 424:7-430:15 | 424:7-425:16; 427:19-4:30:15 |